UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JIMMIE WILSON, JR.,

        Plaintiff,

  v.

KAISER PERMANENTE HOSPITALS,

        Defendant.
_____/

No. C 06-0487 MHP

**ORDER**
**Re: Transfer**

On June 30, 2006 this court issued an order asking plaintiff to show cause as to why this action should not be transferred to the Eastern District of California for all further proceedings. No cause has been shown to this date. The court therefore orders this case be transferred to the Eastern District of California for all further proceedings.

IT IS SO ORDERED.

Dated: 12/4/2007

                                        _____
                                        MARILYN HALL PATEL
                                        United States District Court Judge
                                        Northern District of California